UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:23-cv-294-CEM-LHP

COREPOINTE INSURANCE
COMPANY, a Delaware Corporation,

    Plaintiff,

v.

POLITIS LAW FIRM, P.A. d/b/a
POLITIS & MATOVINA, P.A., a
Florida Profit Corporation; MICHAEL
JOHN POLITIS; and CATHLEEN
WHITE, as Plenary Guardian of
DAVID FOUTS,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST
DEFENDANT CATHLEEN WHITE
AS PLENARY GUARDIAN OF DAVID FOUTS**

    Plaintiff CorePointe Insurance Company ("CorePointe"), by and through its undersigned counsel and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests that the Clerk of this Court enter a Clerk's Default against Cathleen White as Plenary Guardian of David Fouts ("C. White") for failing to file a response to the Complaint or otherwise defend against this civil action, and in support thereof states as follows:

    1.    On February 21, 2023, CorePointe filed its Complaint for Declaratory Judgment (the "Complaint") against C. White and others. (D.E. 1).

2. On March 13, 2023, the Clerk of Court issued a Summons for C. White. (D.E. 10).

3. On April 5, 2023, CorePointe filed a Return of Service establishing that C. White was personally served on March 17, 2023 at the address shown on the Summons. (D.E. 18). Accordingly, C. White's response to the Complaint was due to be filed no later than April 7, 2023.

4. As of the filing of this motion, Defendant C. White has not filed an answer, motion or other responsive pleading in this action, nor has she sought an extension of her time to do so.

5. Rule 55(a) of the Federal Rules of Civil Procedure states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

WHEREFORE, Plaintiff, CorePointe Insurance Company, hereby requests that the Clerk of this Court enter a Clerk's Default against Defendant Cathleen White, for failing to file a response to the Complaint or otherwise defend against this civil action, and for any and all further relief that may be deemed just and proper.

Respectfully submitted,

**KAPLAN ZEENA LLP**
*Attorneys for Plaintiff,*
*CorePointe Insurance Company*
2 South Biscayne Blvd., Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800

        Facsimile: (305) 530-0801

        By: */s/ James M. Kaplan*
        JAMES M. KAPLAN
        Florida Bar No.:921040
        james.kaplan@kaplanzeena.com
        elizabeth.salom@kaplanzeena.com
        KIMBERLY S. HEIFFERMAN
        Florida Bar No.: 055996
        kimberly.heifferman@kaplanzeena.com
        cheryl.mingo@kaplanzeena.com
        STEVEN A. COLSKY
        Florida Bar No. 320617
        steven.colsky@kaplanzeena.com
        julie.valdes@kaplanzeena.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with copies provided via email to the parties listed on the attached service list and/or via U.S. mail.

        By: */s/ James M. Kaplan*
        JAMES M. KAPLAN

## **SERVICE LIST**

**Francis J. Carroll, Esquire**
POLITIS & MATOVINA, P.A.
730 Dunlawton Avenue
Port Orange, Florida 32127
fcarroll@Politislawfirm.com
eservice@Politislawfirm.com
*Counsel for Defendants*
*Politis Law Firm and Michael John Politis*

**Cathleen White as Plenary Guardian of David Fouts**
569 Touchstone Circle
Port Orange, Florida 32127
*Defendant*