# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COREPOINTE INSURANCE
COMPANY,

      Plaintiff,

v.                                              Case No:   6:23-cv-294-CEM-LHP

POLITIS LAW FIRM, P.A., MICHAEL
JOHN POLITIS and CATHLEEN
WHITE,

      Defendants

---

## ORDER TO STRIKE

This cause comes before the Court on the filing of Defendants Politis Law Firm, P.A. and Michael John Politis's Rule 26(a)(1) Initial Disclosures.  Doc. No. 52.  On review, the filing (Doc. No. 52) is **ORDERED stricken**.  *See* Fed. R. Civ. P. 5(d)(1)(A).

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2023.

*/s/ Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties